IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES F. VASQUEZ,          )  |  |
| )  |  |
| Plaintiff,              ) |  |
| ) |  |
| v.                       ) | Case No. 3:14-cv-512-JPG-PMF |
| ) |  |
| ALFONSO DAVID, M.D., et al.,       ) |  |
| ) |  |
| Defendants.              ) |  |

### REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is a defense motion to dismiss for lack of prosecution (Doc. No. 30). Plaintiff Charles Vasquez is challenging the conditions he experienced while confined at Shawnee Correctional Center, alleging that he was subjected to cruel and unusual punishment. Plaintiff has been released from prison; his current location is not known. Written discovery mailed by defense counsel to plaintiff at his last known addresses was returned as undeliverable and without a forwarding option. Documents mailed to plaintiff by the Clerk have also been returned as undeliverable (Doc. Nos. 29, 32). Plaintiff did not respond to the motion to dismiss. His response was due by November 12, 2015. On August 18, 2014, plaintiff was instructed to report changes in his mailing address (Doc. No. 18). That instruction has been ignored.

This action may not proceed without plaintiff's participation. In these particular circumstances, the Court is satisfied that plaintiff lost interest in prosecuting his claim following his release from prison.

IT IS RECOMMENDED that defendants' motion (Doc. No. 30) be GRANTED. This action should be dismissed for lack of prosecution.

SUBMITTED: November 23, 2015

 s/Philip M. Frazier
PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE