UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES F. VASQUEZ,

      Plaintiff,

  v.

ALFONSO DAVID, M.D., WEXFORD HEALTH SOURCES, INC., and MAHESH PATEL,

      Defendants.

Case No. 14-cv-512-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 33) of Magistrate Judge Philip M. Frazier recommending that the Court grant the defendants' motion to dismiss for lack of prosecution (Doc. 30).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. In fact, as with numerous documents issued by the Court earlier in this case, the copy of the Report mailed to plaintiff Charles F. Vasquez was returned as undeliverable. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court:

- **ADOPTS** the Report in its entirety (Doc. 33);
- **GRANTS** the defendants' motion to dismiss for lack of prosecution (Doc. 30);

- **DISMISSES** Vasquez's remaining claims **without prejudice** for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket.  *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995); and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   December 14, 2015**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
